**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JUN 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30193 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00079-TMB-1 |
| v. | |
| ENRIQUE AYON DUENAS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Timothy M. Burgess, District Judge, Presiding

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Enrique Ayon Duenas appeals from the district court's judgment and

challenges the 120-month concurrent sentences imposed following his guilty-plea

convictions for drug conspiracy, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A),

and 846, and money laundering conspiracy, in violation of 18 U.S.C. § 1956(h).

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Duenas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Duenas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Duenas waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the waiver, we dismiss Duenas's appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**